JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| NORVONNE FIELDS | DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive |

| (b) County of Residence of First Listed Plaintiff   COOK | County of Residence of First Listed Defendant   ALAMEDA |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| G. Thomas Martin, III (SBN 218456) PRICE LAW GROUP, APC 15760 Ventura Blvd., #1100, Encino, CA 91436 Telephone: (818) 907-2030 | |

## II. BASIS OF JURISDICTION  *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | of Property 21 USC 881 | ☐ 690 Other | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☒ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | Leave Act | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 790 Other Labor Litigation | | Act |
| | Med. Malpractice | | ☐ 791 Empl. Ret. Inc. | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | Sentence | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 530 General | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | |
| | Other | ☐ 560 Civil Detainee - | (Prisoner Petition) | | |
| | ☐ 448 Education | Conditions of | ☐ 465 Other Immigration | | |
| | | Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district *(specify)*

☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692

Brief description of cause:
Unlawful Debt Collection Practices

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**
According to Proof

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____     DOCKET NUMBER _____

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
*(Place an "X" in One Box Only)*

☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE    ☐ EUREKA

DATE  06/09/2012

SIGNATURE OF ATTORNEY OF RECORD



1  G. Thomas Martin, III (SBN 218456)
2  **PRICE LAW GROUP, APC**
   15760 Ventura Blvd., Suite 1100
3  Encino, CA 91436
   Direct Dial: (818) 907-2030
4  Fax: (818) 205-3730
   tom@plglawfirm.com
5  Attorneys for Plaintiff,
   NORVONNE FIELDS
6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  NORVONNE FIELDS,                    Case No.: **C12-03147** JSC

12          Plaintiff,                  **COMPLAINT AND DEMAND FOR
                                        JURY TRIAL**
13                                                                   ADR
14  vs.                                 **(Unlawful Debt Collection Practices)**

15  DIVERSIFIED COLLECTION             **Demand Does Not Exceed $10,000**
16  SERVICES, INC.; and DOES 1 to 10,
    inclusive,
17
            Defendants.
18

19
                          **COMPLAINT**
20
                         **INTRODUCTION**
21
        1.    This is an action for actual and statutory damages brought by plaintiff
22
23  Norvonne Fields, an individual consumer, against defendant Diversified Collection

24  Services, Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

25
    1692 *et seq.* (hereinafter ''FDCPA'') and the Rosenthal Fair Debt Collection
26

27

28

                              - 1 -
                           COMPLAINT

Practices Act, Cal. Civ. Code §§ 1788 *et seq.* (hereinafter "RFDCPA"), which

prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## VENUE AND JURISDICTION

2.     Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), Cal. Civ.

Code §§ 1788.30, and 28 U.S.C. § 1331 and § 1337.  Venue in this District is

proper in that the Defendant transacts business here and the conduct complained of

occurred here.

## PARTIES

3.     Plaintiff, Norvonne Fields is a consumer, a natural person allegedly

obligated to pay any debt, residing in the state of Illinois.

4.     Defendant, Diversified Collection Services, Inc. is a corporation

engaged in the business of collecting debt in this state with its principal place of

business located in Alameda County at 333 North Canyons Parkway, Suite 100,

Livermore, California 94551.  The principal purpose of Defendant is the collection

of debts in this state and Defendant regularly attempts to collect debts alleged to be

due another.

5.     Defendant is engaged in the collection of debts from consumers using

the mail and telephone.  Defendant regularly attempts to collect consumer debts

alleged to be due to another.  Defendant is a ''debt collector'' as defined by the

FDCPA, 15 U.S.C. § 1692a(6), and the Cal. Civ. Code § 1788.2.

### FACTS

6.     Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, calls which displayed the intent to harass and annoy Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number.

7.     The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8.     Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff prior to June 4, 2012.

9.     Upon information and belief, within one year prior to the filing of this complaint, Defendant continued to call Plaintiff's workplace, without Plaintiff's consent, after having already been given reason to know that such calls inconvenienced Plaintiff and/or were prohibited.

10.     Upon information and belief, Defendant, within one year prior to the filing of this complaint, threatened to sue Plaintiff itself, and also to have her income taxes taken itself, when it cannot do either.

11.     Defendant, during communications with Plaintiff, within one year from the filing of this complaint, did not state that Defendant was a debt collector, attempting to communicate a debt, and that any information would be used for that purpose.

12.     As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in Plaintiff feeling stressed, and embarrassed, amongst other negative emotions.

## COUNT I – FDCPA

13.     Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

14.     Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

> (a)  Defendant violated $\S1692f$ of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

> (b) Defendant violated $\S1692a(3)$ by calling Plaintiff's place of employment with knowledge or the reason to know that the consumer's employer prohibits the consumer from receiving such communication, without the prior consent of Plaintiff given

directly to Defendant or the express permission of a court of competent jurisdiction; and

(c) Defendant violated *§1692d(5)* of the FDCPA by causing Plaintiff's telephone to ring continuously with intent to annoy, abuse, or harass, the natural consequence of which was to harass, oppress and/or abuse Plaintiff; and

(d) Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in the initial communication with the Plaintiff that the Defendant is attempting to collect a dent and that any information obtained will be used for that purpose and the communication was not a formal pleading; and

(e) Defendant violated *§1692e(10)* of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

(f) Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that it did not intend to take.

15.  As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Norvonne Fields for actual damages, statutory damages, and costs and attorney fees.

## COUNT II – RFDCPA

16.  Plaintiff repeats and realleges and incorporates by reference the foregoing paragraphs.

17.  Defendant violated the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). Defendant's violations include, but are not limited to the following:

(a)  Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without disclosure of the caller's identity; and

(b)  Defendant violated *§1788.12(a)* of the RFDCPA by communicating to Plaintiff's employer regarding Plaintiff's alleged debt for purposes not concerning verifying debtor's employment, locating the debtor, or attempting to affect post-judgment garnishment of Plaintiff's wages; and

(c)  Defendant violated *§1788.13(j)* of the RFDCPA by falsely representing that a legal proceeding would be instituted; and

(d)  Defendant violated *§1788.17* of the RFDCPA by being a debt collector collecting or attempting to collect a consumer debt that is not compliant with the provisions of Sections 1692b to 1692j of the FDCPA, the references to federal codes in this section referring to those codes as they read as of January 1, 2001.

18.    Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

19.    As a result of the foregoing violations of the RFDCPA, Defendant is liable to the plaintiff Norvonne Fields for actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against defendant Diversified Collection Services, Inc. for the following:

A. Actual damages.

B. Statutory damages pursuant to 15 U.S.C. § 1692k.

C. Statutory damages pursuant to Cal. Civ. Code § 1788.30.

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k and

Cal. Civ. Code § 1788.30.

E. For such other and further relief as the Court may deem just and proper.


RESPECTFULLY SUBMITTED,

DATED:  June 13, 2012          **PRICE LAW GROUP APC**

By: _____
    G. Thomas Martin, III
    Attorney for Plaintiff

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, NORVONNE FIELDS demands

trial by jury in this action.