# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVONNE FIELDS,<br><br>    Plaintiff,<br><br>    vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>    Defendants. | **Case No. 3:12-cv-03147-SC**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff NORVONNE FIELDS against Defendants DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive, are dismissed, without prejudice. Plaintiff NORVONNE FIELDS and Defendants DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 05/29/2013



_____
District
Northern District of California

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS
 3:12-cv-03147-SC

- 3 -